UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE

**Civil Action: 1:22-cv-00052-LM**

RICHARD MAXIMUS STRAHAN, *as Citizen Attorney General*

V.

SEAN O'REILLY, *et al. as Defendants*

**6 October 2022**

—————————————————————————

## NOTICE TO SHYSTER MCAUFFILE THAT HE IS BEING PROSECUTED FOR VIOLATING MY FIRST AMENDMENT PROTECTED RIGHT TO PETITION THE COURTS AND FOR CRIMES AGAINST THE PUBLIC INTEREST

—————————————————————————

Plaintiff RICHRD MAXIMUS STRAHAN speaks —

# 'Nuff said DEFENDANT!

BY:    /s/ Richard Maximus Strahan
       ————————————————————
       Richard Maximus Strahan

       *Vir Rei Publicae Necessarius Est*

       I certify that a copy of this document has been served TODAY on the Defendants by the ECF filing system.

       /s/ Richard Maximus Strahan